| | |
|---|---|
| 1 | Deverie J. Christensen |
| | Nevada State Bar No. 6596 |
| 2 | Daniel I. Aquino |
| | Nevada State Bar No. 12682 |
| 3 | **JACKSON LEWIS P.C.** |
| | 300 S. Fourth Street, Suite 900 |
| 4 | Las Vegas, Nevada 89101 |
| | Tel: (702) 921-2460 |
| 5 | Email: deverie.christensen@jacksonlewis.com |
| | daniel.aquino@jacksonlewis.com |
| 6 | |
| 7 | *Attorneys for Defendant* |
| | *Optum Services, Inc.* |

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| CURTIS JACKSON, | |
| Plaintiff, | Case No. 2:20-cv-00219-JCM-VCF |
| vs. | |
| OPTUM SERVICES, INC., a Delaware Corporation; Does I-X; Roe Business Entities I-X, | **STIPULATION AND ORDER TO EXTEND DEADLINE TO FILE ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT** |
| Defendants. | (First Request) |

IT IS HEREBY STIPULATED by and between the parties, through their respective counsel, that Defendant Optum Services, Inc. ("Defendant") shall have up to and including Friday, February 21, 2020, in which to answer or otherwise respond to Plaintiff Curtis Jackson's Complaint. This stipulation is submitted and based upon the following:

1. Defendant's response to Plaintiff's Complaint is currently due on February 7, 2020.

2. Defendant contends the claims in the Complaint are subject to an arbitration agreement, which Plaintiff disputes. Plaintiff intends to file an Amended Complaint, which may affect or resolve the parties' dispute regarding whether Plaintiff's claims are subject to arbitration. The parties wish to provide Plaintiff adequate time to amend his Complaint.

3. The parties have agreed to a two-week extension for Defendant to file a responsive pleading, up to and including February 21, 2020. Plaintiff will file an Amended Complaint on or before February 21, 2020.

4. Defendant agrees that, should Plaintiff seek leave to file a Second Amended Complaint, Defendant shall stipulate to allow Plaintiff to do so pursuant to FRCP 15(a)(2). However, Defendant does not waive any defenses or objections to the content of such an amended pleading. Except as specifically stated herein, nothing in this Stipulation, nor the fact of entering to the same, shall be construed as waiving any claim and/or defense held by any party.

5. This is the first request for an extension of time for Defendant to file a response to Plaintiff's Complaint.

6. This request is made in good faith and not for the purpose of delay.

Dated this 7th of February, 2020.

| KEMP & KEMP | JACKSON LEWIS P.C. |
|---|---|
| */s/ James P. Kemp* <br> James P. Kemp, Esq., Bar No. 6375 <br> 7435 W. Azure Drive, Suite 110 <br> Las Vegas, Nevada 89130 <br><br> *Attorney for Plaintiff* | */s/ Daniel I. Aquino* <br> Deverie J. Christensen, Bar No. 6596 <br> Daniel I. Aquino, Bar No. 12682 <br> 300 S. Fourth Street, Suite 900 <br> Las Vegas, Nevada 89101 <br><br> *Attorneys for Defendant* <br> *Optum Services, Inc.* |

## **ORDER**

IT IS HEREBY ORDERED that the deadline for Defendant to answer or otherwise respond to Plaintiff's Complaint is extended to and including Friday, February 21, 2020. Plaintiff shall file an Amended Complaint on or before Friday, February 21, 2020.

Dated this 10th day of February, 2020.

Cam Ferenbach
United States Magistrate Judge