JAMES P. KEMP, ESQ.
Nevada Bar No. 6375
KEMP & KEMP
7435 W. Azure Drive, Suite 110
Las Vegas, Nevada 89130
Ph. (702) 258-1183 / Fax (702) 258-6983
jp@kemp-attorneys.com
Attorney for Plaintiff CURTIS JACKSON

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| CURTIS JACKSON,<br><br>Plaintiff,<br><br>vs.<br><br>OPTUM SERVICES, INC., a Delaware Corporation; Does I-X; Roe Business Entities I-X,<br><br>Defendants. | Case No. 2:20-cv-00219-JCM-VCF<br><br>**STIPULATION AND ORDER TO DISMISS WITH PREJUDICE** |

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Plaintiff CURTIS JACKSON, and Defendant OPTUM SERVICES, INC., by and through their respective attorneys of record, having agreed to resolve this matter, hereby stipulate to dismiss the entire action and all claims set forth in Plaintiff's Amended Complaint, with prejudice.

///
///
///
///
///
///
///
///
///

1

The parties further agree that they will each bear their own costs and attorneys' fees.

DATED this 12th Day of June, 2020			DATED this 12th Day of June, 2020

**JACKSON LEWIS P.C.**				**KEMP & KEMP**


/s/ Daniel I. Aquino, Esq.				/s/ James P. Kemp, Esq.
Deverie J. Christensen, Bar No. 6596		James P. Kemp, Esq., Bar No. 6375
Daniel I. Aquino, Bar No. 12682			7435 W. Azure Drive, Suite 110
300 S. Fourth Street, Suite 900			Las Vegas, Nevada 89130
Las Vegas, Nevada 89101				Attorney for Plaintiff
Attorneys for Defendant
Optum Services, Inc


**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT JUDGE

DATED: June 12, 2020